IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02571-RM-MJW

ANNETTE CANALES and
VICTOR BARRERA,

Plaintiffs,

v.

AMPCO SYSTEM PARKING a/k/a ABM Parking Services, Inc.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiffs' Unopposed Motion to Reschedule Conference (Docket No. 6) is GRANTED.  The Scheduling Conference set for November 14, 2013 at 11:00 a.m. is VACATED.  The Scheduling Conference is RESET for January 14, 2014 at 9:30 a.m.

Date: October 24, 2013