IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02571-RM-MJW

ANNETTE CANALES and
VICTOR BARRERA,

Plaintiffs,

v.

AMPCO SYSTEM PARKING a/k/a ABM Parking Services, Inc.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 21) is GRANTED finding good cause shown.  The written Agreed Protective Order (docket no. 21-1) is APPROVED as amended in paragraph 10 and made an Order of Court.

Date: February 14, 2014