# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-02571-RM-MJW         FTR - Courtroom A-502

**Date:**  August 27, 2014                       Courtroom Deputy, Ellen E. Miller

*Parties*                                        *Counsel*

ANNETTE CANALES,                                 Elizabeth L. Kearney
VICTOR BARRERA

   Plaintiff(s),

v.

AMPCO SYSTEM PARKING,                            Mark S. Ratner
a/k/a ABM Parking Services, Inc.

   Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in Session:**   10:35 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion to Compel and Certification of Attempt to Confer [Docket No. 46] for argument.

**It is ORDERED:**   PLAINTIFF'S MOTION TO COMPEL AND CERTIFICATION OF ATTEMPT TO CONFER [Docket No. 46, filed July 17, 2014] is **GRANTED IN PART AND DENIED IN PART.**  Each party shall pay its own attorney fees and costs.

| As to Plaintiffs' Requests regarding: | Parties resolution -or- Ruling by the Court |
|---|---|
| Barrera Interrogatory No.  1 | Parties - Stipulated to or agreed to with limitations as set forth on the record |
| Barrera Interrogatory No.  2 | Parties - Stipulated to or agreed to with limitations as set forth on the record |
| Barrera Interrogatory No.  3 | Parties - Stipulated to or agreed to with limitations as set forth on the record |

| As to Plaintiffs' Requests regarding: | Parties resolution -or- Ruling by the Court |
|---|---|
| Barrera Interrogatory No.  4 | Motion to Compel is    DENIED |
| Canales  Interrogatory No.   10 | Parties - Stipulated to or agreed to with limitations as set forth on the record |
| Canales  Interrogatory No.   14 | Motion to Compel is    GRANTED |
| Canales   Interrogatory No.   17 | Parties - Stipulated to or agreed to with limitations as set forth on the record |
| Canales Document Request No.  3 | Parties - Stipulated to or agreed to with limitations as set forth on the record |
| Canales Document Request No.   4 | Parties - Stipulated to or agreed to with limitations as set forth on the record |
| Canales Document Request No.   7 | Parties - Stipulated to or agreed to with limitations as set forth on the record |
| Canales Document Request No.   8 | Parties - Stipulated to or agreed to with limitations as set forth on the record |
| Canales Document Request No.   11 | Motion to Compel is    DENIED |
| Canales Document Request No.   13 | Motion to Compel is    GRANTED  Personnel records are protected and are for use in this case only |
| Canales Document Request No.   15 | Motion to Compel is    GRANTED |
| Canales Document Request No.   19 | Parties - Stipulated to or agreed to with limitations as set forth on the record |
| Barrera Document Request No.  23 | Motion to Compel is    GRANTED |
| Barrera Document Request No.  24 | Motion to Compel is    GRANTED |
| Barrera Document Request No.  25 | Motion to Compel is    DENIED |

It is noted the time frame for records is January 2010 to the Present.

Defendant shall provide responses to discovery as ordered on the record **on or before SEPTEMBER 12, 2014.**

Discussion is held regarding one remaining Rule 30(b)(6) deposition, which was delayed pending production of documents.  Plaintiff makes an Oral Motion to Extend Discovery Deadline for the purpose of completing this deposition.  With no objections,

**It is ORDERED:**       Plaintiff's ORAL MOTION TO EXTEND DEADLINE is GRANTED.

**It is ORDERED:** DISCOVERY DEADLINE is extended up to and including **OCTOBER 13, 2014,** for the limited purpose of completing the Rule 30(b)(6) deposition.

**It is ORDERED:** The DISPOSITIVE MOTIONS DEADLINE is extended from October 03, 2014 to **OCTOBER 27, 2014.**

The Scheduling Order [Docket No. 20, filed February 03, 2014] is amended accordingly.

The Final Pretrial Conference remains set November 03, 2014 at 9:00 a.m.

Hearing concluded.

**Court in recess:** 11:18 a.m.
Total In-Court Time 00: 43

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.