# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  13-cv-02571-RM-MJW              FTR - Courtroom A-502

**Date:**   September 25, 2014                        Courtroom Deputy, Ellen E. Miller

*Parties*                                             *Counsel*

ANNETTE CANALES,                                      Elizabeth L. Kearney
VICTOR BARRERA

    Plaintiff(s),

v.

AMPCO SYSTEM PARKING,                                 Thomas J. Lyons
a/k/a ABM Parking Services, Inc.

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in Session:**   9:00 a.m.
Court calls case.  Appearances of counsel.

The Court raises Defendant's Motion to Strike Plaintiffs' Expert Witness Designation of Andrew Bardwell for argument.

Argument by Mr. Lyons.    Argument by Ms. Kearney.

**It is ORDERED:**     Defendant's MOTION TO STRIKE PLAINTIFFS' EXPERT WITNESS DESIGNATION OF ANDREW BARDWELL [Docket No. **55**, filed September 15, 2014] is **DENIED**  for reasons as set forth on the record.

**It is ORDERED:**     Defendant shall have up to and including **NOVEMBER 17, 2014,** within which to designate a rebuttal expert to Plaintiffs' expert Andrew Bardwell.

**It is ORDERED:**     The SCHEDULING ORDER [Docket No. 20, filed February 03, 2014] is AMENDED as follows:
Discovery cut-off is extended to **DECEMBER 15, 2014**

Dispositive Motions deadline is extended to **JANUARY 16, 2015**

The Final Pretrial Conference set NOVEMBER 03, 2014 at 9:00 a.m. is VACATED and RESET to **MARCH 17, 2015 at 9:30 a.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,

901 19th Street, Denver, Colorado 80294.
Parties shall file their proposed Final Pretrial Order **on or before MARCH 10, 2015.**

Hearing concluded.
**Court in recess:**   9:24 a.m.
Total In-Court Time 00: 24

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.