**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-02571-RM-MJW

ANNETTE CANALES,
VICTOR BARRERA,

    Plaintiffs,

v.

AMPCO System Parking a/k/a ABM Parking Services, Inc.,

    Defendant.

## ORDER

This matter is before the Court on the unopposed Motion to Restrict Public Access to Confidential Summary Judgment Exhibits ("Motion") (ECF No. 67) filed by Defendant AMPCO. This Motion supplants Defendant's earlier Motion to Restrict (ECF No. 63) filed erroneously as a "Motion to Suppress."   As such, the earlier filed "Motion to Suppress" (ECF No. 63) is **DENIED as moot.**

This Court, having reviewed the Motion and the file herein, and finding compliance with the requirements of D.C.COLOLCivR 7.2, hereby **GRANTS** the Motion (ECF No. 67).  In addition, although submitted as a restricted document but not specifically referenced in the Motion, the Court finds that Exhibit KK also contains private and confidential information, including information protected under Fed. R. Civ. P. 5.2.  It is therefore **ORDERED** that the Clerk of Court is directed to maintain **Exhibits B, I, K, N, P, Q, T, U, V, GG, HH, II, JJ and KK**

(ECF No. 65) to Defendant AMPCO's Motion for Summary Judgment under a Level 1 restricted access.

DATED this 29th day of January, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

2