IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02571-RM-MJW

ANNETTE CANALES and
VICTOR BARRERA,

Plaintiffs,

v.

AMPCO SYSTEM PARKING a/k/a ABM Parking Services, Inc.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Motion to Compel and Certification of Attempt to Confer **(Docket No. 71)** is **GRANTED**.  The Court finds the requested discovery relevant and finds that the discovery would not be unduly burdensome.  The Court further finds that, while the motion perhaps should have been filed earlier than it was, the late date is not prejudicial and will not delay proceedings because no trial date has yet been set.   Defendant is ordered to produce the requested documents within 21 days of the date of this order.

It is further ORDERED that Plaintiffs' Unopposed Motion for Extension to Time to File Final Pretrial Order **(Docket No. 78)** is **GRANTED**.  The parties shall file a proposed pretrial order on or before March 12, 2015.

Date: March 6, 2015