IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-02571-RM-MJW

ANNETTE CANALES,
VICTOR BARRERA,

    Plaintiffs,

v.

AMPCO SYSTEM PARKING a/k/a ABM PARKING SERVICES, INC.,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

---

    This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice filed March 22, 2016 (ECF No. 111). The Court, having reviewed the Stipulated Motion to Dismiss with Prejudice, and also considered the Unopposed Motion to Vacate Trial Dates Due to Settlement (ECF No. 108), and being fully advised, hereby ORDERS as follows:

    The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

    DATED this 22nd day of March, 2016.

                                        BY THE COURT:

                                        RAYMOND P. MOORE
                                        United States District Judge